IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ANDRE' MAURICE DANSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-03454-KOB-PWG |
| ) | |
| CORRECTIONAL OFFICER WOODS, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report on March 22, 2011, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims asserted in the complaint be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff filed objections to the report and recommendation on April 20, 2011.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the Plaintiff's objections, the court finds that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the federal claims in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Any state law claims asserted in the complaint are due to be

dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered contemporaneously.

DATED this 28th day of June 2011.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE